UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE A. RODRIGUEZ,<br><br>      Plaintiff,<br><br>  -against-<br><br>PCI CONTRACTOR,<br><br>      Defendant. | 24-CV-0581 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 18, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: March 18, 2024
    New York, New York

               /s/ Laura Taylor Swain
               LAURA TAYLOR SWAIN
             Chief United States District Judge